FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 02, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISS STORMS,<br><br>               Plaintiff,<br><br>    v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, a foreign corporation,<br><br>               Defendant. | No.   4:18-CV-05149-EFS<br><br>**ORDER DISMISSING CASE** |

On March 26, 2019, the parties filed a stipulated dismissal, ECF No. 16. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

    **1.**    The parties' Stipulated Motion to Dismiss with Prejudice - FRCP 41(a); Local Civil Rule 41(a), **ECF No. 16**, is **GRANTED.**

    **2.**    All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **3.**    All pending motions are **DENIED AS MOOT.**

    **4.**    All hearings and other deadlines are **STRICKEN.**

    **5.**    The Clerk's Office is directed to **CLOSE** this file.

1 | **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and
2 | provide copies to all counsel.
3 | **DATED** this  2nd  day of April 2019.

                    s/Edward F. Shea
                   EDWARD F. SHEA
              Senior United States District Judge